IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **FITZROY ZIGGY WALKER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:21-CV-00758-L** |
| § | |
| **U.S. BANK and FRIENDLY CHEVROLET,** § | |
| § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On July 28, 2022, the United States Magistrate Judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 20), recommending that the court grant the Motion to Dismiss (Doc. 17) filed by Defendant U.S. Bank and, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismiss with prejudice Plaintiff's defamation claim (the sole remaining claim in this case).[*] No objections were filed.

After considering the parties' briefing, record, and Report, the court concludes that the findings and conclusion of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **grants** U.S. Bank's Motion to Dismiss (Doc. 17) and **dismisses with prejudice**, pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff's defamation claim.

Pursuant to Federal Rule of Civil Procedure 58(b), the court will issue a separate final judgment.

---

[*] The court notes that it previously dismissed with prejudice Plaintiff's claims against Defendants for alleged violations of the Truth in Lending Act, the Federal Debt Collection Practices Act, and the Gramm-Leach-Bliley Act. *See* Doc. 16.

**Order – Page 1**

**It is so ordered** this 29th day of August, 2022.

                                                    Sam A. Lindsay  
                                                    United States District Judge